# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2025-1462
LT Case No. 2008-3465-CFAWS

———————————————

GARY R. RICHARDSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

On appeal from the Circuit Court for Volusia County.
A. Kathleen McNeilly, Judge.

Gary R. Richardson, Crawfordville, pro se.

James Uthmeier, Attorney General, Tallahassee, and Whitney
Brown Hartless, Assistant Attorney General, Daytona Beach, for
Appellee.


November 6, 2025


PER CURIAM.

AFFIRMED.


WALLIS, EDWARDS, and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____